FORM 2(c) (ND/SD MISS. DEC. 2009)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| TAMMY HOLLAND | PLAINTIFF |
| VS. | |
| OFFICER JEFFREY GUILLOT, individually and in his official capacity as a duly commissioned Police Officer for the City of Waveland, MS; OFFICER EDWARD BESSE, individually and In his official capacity as a duly commissioned Police Officer for the City of Waveland, MS; POLICE CHIEF James A. Varnell, individually and in his official capacity as a duly commissioned Police Officer for the City of Waveland, MS; David Garcia, individually and in his official capacity as Mayor of The City of Waveland, MS; THE CITY OF WAVELAND; and UNKNOWN JOHN AND JANE DOES A-Z | CIVIL ACTION NO. 1:11cv51 LG-RHW |
| | DEFENDANTS |

## NOTICE OF SERVICE OF RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

**To:** **All Counsel of Record**

Notice is hereby given that, on the date entered below, Plaintiff's Counsel disclosed to Defendants' Counsel, the information required by L.U.CIV.R. 5(C)(3).

_10/25/11_  
Date

_/s/ Bobby Moak_  
Signature

BOBBY MOAK, MB #9915
P.O. Box 242, Bogue Chitto, MS 39629
Phone: (601) 734-2566 Fax: (601) 734-2563
bmoak@locnet.net

Attorney for: _Plaintiff, Tammy Holland_

Prepared By:

BOBBY MOAK
Attorney at Law
P.O. Box 242
Bogue Chitto, MS 39629
601/734-2566
MS Bar No. 9915

## CERTIFICATE OF SERVICE

I, BOBBY MOAK, do hereby certify that I have this date served the foregoing *ANSWER TO INTERROGATORIES AND REQUESTS FOR PRODUCTION* via first class mail, postage prepaid, upon the following:

Michael Held
North Court One
2304 – 19th Street, Suite 300
Gulfport, Mississippi 39501
heldm@phelps.com

Gary E. Friedman, MB #5532
W. Brett Harvey, MB # 102440
4270 I-55 North
Jackson, Mississippi 39211-6391
P. O. Box 16114
Jackson, Mississippi 39236-6114
Telephone: (601) 352-2300
Telecopier: (601) 360-9777
Email: friedmag@phelps.com
brett.harvey@phelps.com

**ATTORNEYS FOR MUNICIPAL DEFENDANTS**

THIS, the 25th day of October, 2011.

/s/ Bobby Moak
BOBBY MOAK

Bobby Moak
Attorney at Law
P.O. Box 242
Bogue Chitto, MS 39629
601/734-2566
MS Bar No. 9915