IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TAMMY HOLLAND**     **PLAINTIFF**

V.     **CAUSE NO. 1:11CV51-LG-RHW**

**JEFFREY GUILLOT, EDWARD BEESE,
JAMES A. VARNELL, and DAVID GARCIA,
individually and in their official capacities;
CITY OF WAVELAND; UNKNOWN JOHN
AND JANE DOES A-Z**     **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is hereby dismissed with prejudice as to all parties, with the parties to bear their own costs.

**SO ORDERED AND ADJUDGED** this the 24th day of May, 2013.

             s/ *Louis Guirola, Jr.*
             Louis Guirola, Jr.
             Chief United States District Judge